FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

2007 JUN 14  AM 11: 14

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Ralph A. Grant, Richard A. Akin, )
Edmund A. Alicea, David Allen, )
Peter M. Arnold, William Arnold, )
Frank Artura, Marcia-Jean Auger, )
Christopher P. Bahr, Paul M. Baker )
Rafael Barries, Jeffrey A. Barthlie )
Lance H. Bartlett, Virginia Barlett, )
Paul Bauer, Frank Bavetz, )
David Bear, Justin Behnke, )
Amy M. Bellingar, John Benchoff, )
Susannah Bexley, Jean-Paul Blanco, )
Mark Bodden, Daniel Bonvicin, Rocky )
Bone, Anthony Booth, Robert J. )
Borgman, David Bouchard, Eric J. )
Bowman, James Boyettz, Michael E. )
Brake, Cory Branam, Christopher Bretz,)
Andrew Bruce, Herman L. Buchanan, )
Mark Budz, Gerald W. Buie, )
Quinn T. Byrd, Mauanilla Campos, )
Spencer B. Capitano, Rick G. Caravowa)
Richard C. Carlyon, Thomas Carpinone,)
Stephen J. Cherry, Doug Chilarella, )
Steven Cicione, Dennis S. Clark, )
Anthony J. Claycomb, )
Christopher I. Clements, )
Joseph Coleman, Cory Collins, )
Sean Corbett, James Coyle )
Justin B. Crook, )
Timothy D. Cunningham, )
Michael Curley, William Day, )
Larry F. Decena, David G. Dechent, )
Dennis P. Desalvo, Edward DesMarteau)
Robert Diaz, Darrin DIeters, )
Daniel Digeon, Elliott F. Dill, )
Denis Dixon, Patrick M. Donovan, )
Chad C. Douberley, Frank Downey, )
Cory Eames, Mark A. Ebel, )
Scott Eccard, John Edwards, )
Jeffrey B. Ellis, Sean Emmons, )
Paul Everett, John D. Falls, )
Edward Farides, Joseph Fazioli, )

8:07-CV-01015-T-26TBM
CIVIL ACTION NO:

COMPLAINT FOR DECLARATORY
JUDGMENT, COMPENSATION,
UNDER THE FAIR LABOR
STANDARDS ACT AND
OTHER RELIEF

JURY TRIAL DEMAND

$350.00
TO 41908

John J. Ferdinand, Christian Ferlita, )
Timothy Finlan, Patrick Flood, )
Ernest Floyd, Michael Flynn, )
John S. Fodor, Jeffrey C. Forbes, )
Jeff Ford, James F. Forsell, )
Andrew Fossa, Ralph B. Franklin, )
Neil French, Manuel G. Fuente, )
Robert Fuerst, Erick T. Funta, )
Laura Gallahan, Paul M. Galloway, )
Carlos M. Garcia, David J. Garofalo, )
James Garrison, Casey Gaul, )
William A. Gerry, Roger Gilkey, )
Anthony Giordano, )
Gian Guggino, Ryan Guynn, )
Timothy P. Haley, Stephen N. Hall, )
William J. Hammond, Craig S. Harris, )
Michael Hartzner, Patrick S. Healy, )
Jeff Higdon, Timothy J. Holmes, )
Shaun M. Hull, Michael W. Hutsell, )
Brian A. Jennings, Kris Johns, )
Travis Johnson, Christopher T. Julion, )
John Karpinecz, Matthew Kemper, )
Chris Kempton, Jamin S. Keppel, )
Brian A. King, Craig J. Knarich, )
Thomas N. Knaus, Joshua G. Kowenski)
Brian Kunard, James R. Kuruc, )
Mark A. Lamanna, Ronald E. Lane, )
Philip Larkin, Rony Lastra, )
Holly Lee, Michael W. Levinar, )
Christopher J. Linchy, William D. Little, )
Richard Liwosz, Eric W. Longo, )
Joseph M. Lopardo, Charles Lugo, )
Mark S. Lynch, Richard Mancuso, )
Ryan Manning, Jeffrey Marando, )
Keith March, Dalan Markett, )
Eric J. Marshall, David A. Martin, )
Frank M. Massodo, Terry M. Matches, )
Frank McBee, Daniel P. McCafferey, )
Andrew McCollor, Joshua Miles, )
David N. Miller, Daren Millim, )
John-Michael Morin, Beesan Mustafa, )
Christopher Mutz, John Nazitto, )
Aric Nelson, Benjamin Oliver, )
Timothy Olsen, Jeffrey A. O'Nan, )
James P. Parker, Darren Pasquino, )
Sean A. Peters, Will Phillips, )

Todd T. Pierce, Mark A. Pitts, )
Michael Plate, Brian W. Ploehn, )
Angela Pratt, Raymond Quimby, )
John K. Quisenberry, David M. Ray, )
David E. Rennard, William A. Rickert, )
Samuel Ritch, James W. Rodriguez, )
Philip A. Roman, Bernard D. Ropp, )
Ralph Roque, Alexander Roussell, )
Thomas Rowledge, Joseph M. Russo, )
Rhiannon Rutzen, Joshua S. Ryzek, )
Anthony L. Sauls, William Schmidt, )
James T. Schulz, Brian Serio, )
David Shaffer, Dennis Shaw, )
Michael Shelton, Michael Sherwin, )
Maria Silva, Dawn Simpson, )
Joseph H. Skunks, Mark Smith, )
Robert H. Smith, Richard W. Someillan,)
Bryan Spooner, Jonathan T. Spradlin, )
Mark Spudie, Barton Stanfield, )
David Stevens, Michael Stuiso, )
Michael Edward Suarez, )
Sharon Surdovel, Adam Szlembarski, )
Pamela A. Taylor, Thomas J. Taylor, )
Victor Tessaro, William C. Thompson, )
Eric Thorn, Frank Torres, )
Paul Totten, Terry Townsend, )
George Truell, Jason Tucker, )
Michael Twardosz, Kenneth Urbuteit, )
Joshua Vitori, Aaron Vitulli, )
Jess Walker, John C. Ward, )
David Wellman, Mark Wentland, )
Bradley West, Larry Whitten, )
Adam Wiley, Kerry Wilke, )
Keith Wisnowski, Daniel Wolchok, )
Leslie Wolfe, Todd Wolfe, )
James Wolske, Matthew Youmans, )
and Timothy Zukosky )
)
    Plaintiffs, )
)
    v. )
)
COUNTY OF PASCO, FLORIDA )
)
    Defendant. )
_____)

1. The plaintiffs are employees or former employees of the defendant County of Pasco, Florida and they bring this action on behalf of themselves and other employees similarly situated. This is an action for a declaratory judgment under 28 U.S.C. §§2201 and 2202 and for compensation and other relief under the Fair Labor Standards Act, as amended 29 U.S.C. §201, et seq.

## JURISDICTION AND VENUE

2. Jurisdiction of this action is conferred on this Court by 29 U.S.C. §216(b), 28 U.S.C. §1331 and 28 U.S.C. §1337. Venue lies within this district pursuant to 28 U.S.C. §1391.

## PARTIES

3. Plaintiff Ralph Grant, is a resident of the Tampa, Florida and is employed by the defendant Pasco County, Florida in fire protection activities. The additional persons who are plaintiffs in this action are also employees or former employees of the defendant Pasco County, Florida employed in fire protection activities and they are identified in Exhibit A appended hereto. Each of the plaintiffs has given his or her written consent to be a party plaintiff in this action pursuant to 29 U.S.C. §216(b) which is appended hereto as Exhibit A.

4. Defendant Pasco County, Florida is a political subdivision of the state of Florida, a "public agency" within 29 U.S.C. §203(x), and an "employer" within 29 U.S.C. §203(d).

## PLAINTIFFS' CLAIM

5. At all times material herein, the plaintiffs have been entitled to the rights,

protections and benefits provided under the Fair Labor Standards Act as amended, 29 U.S.C. §201, et seq., (hereafter referred to as "FLSA").

6. At all times material herein, the plaintiffs have worked hours in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207. As a result, at all times material herein, plaintiffs were entitled to overtime compensation at a rate of not less than one and one-half times their regular rate of pay for the hours of overtime they have worked.

7. At all times material herein, the defendant has failed and refused to provide plaintiffs with overtime compensation at a rate of one and one-half times their regular rate of pay for the hours plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207, thereby violating 29 U.S.C. §207.

8. Defendant's refusal to provide overtime pay to plaintiffs for the hours plaintiffs have worked in excess of the hourly levels specified in the FLSA, 29 U.S.C. §207, wrongly deprives plaintiffs of the premium overtime compensation that is due to them at all times material herein.

9. The defendant's actions and omissions as alleged herein were done in knowing, willful, and bad faith manner.

10. The employment and work records for plaintiffs are in the exclusive possession, custody, and control of the defendant, and the plaintiffs are unable to state at this time the exact amounts owing to each of them. The defendant is under duty imposed by the FLSA, 29 U.S.C. §211(c), and the regulations of the United States Department of Labor to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter a declaratory judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations and deprived the plaintiffs of their rights,

(b) Enter a permanent injunction restraining and preventing the defendant from withholding the compensation that is due each of the plaintiffs and from further violating their rights under law;

(c) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(d) Award each plaintiff monetary damages in the form of back pay compensation, liquidated damages equal to their unpaid compensation, plus interest;

(e) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(f) Grant such other relief as may be just and proper.

## JURY TRIAL DEMAND

Plaintiffs respectfully request a trial by jury on all claims presented in this Complaint.

Respectfully submitted,

/s/ Thomas A. Woodley
Thomas A. Woodley
David Ricksecker
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855 Phone
(202) 452-1090 Fax

/s/ Paul Donnelly
Paul Donnelly
DONNELLY & GROSS
204 West University Avenue, Suite 5
Gainesville, FL 32601
(352)374-4001 Phone
(352)374-4046 Fax