IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| RALPH A. GRANT, et al. | ) |
| | ) |
| | ) CIVIL ACTION NO: 8:07-cv-1015 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| COUNTY OF PASCO, FLORIDA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **FINAL ORDER AND JUDGMENT**

Having considered the Settlement Agreement between the Plaintiffs and the Defendant, and the entire record in the above-captioned action, and, upon joint application of both Parties, through their respective attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) Both Parties hereby approve- the terms of the Settlement Agreement (Attachment A) as fair, reasonable, appropriate, and in accordance with the law, and hereby incorporates by reference herein such Settlement Agreement.

(2) Consistent with such Settlement Agreement and this Order, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law.

Dated: _____, 2008    _____
                                                                                  UNITED STATES DISTRICT JUDGE