FILED

08 JUL -8 PM 1: 09

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

RALPH A. GRANT, et al.              )
                                    )
                                    ) CIVIL ACTION NO: 8:07-cv-1015
    Plaintiffs,                     )
                                    )
        v.                          )
                                    )
COUNTY OF PASCO, FLORIDA            )
                                    )
    Defendant.                      )
_____)

## FINAL ORDER AND JUDGMENT

Having considered the Settlement Agreement between the Plaintiffs and the Defendant, and the entire record in the above-captioned action, and, upon joint application of both Parties, through their respective attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) Both Parties hereby approve- the terms of the Settlement Agreement (Attachment A) as fair, reasonable, appropriate, and in accordance with the law, and hereby incorporates by reference herein such Settlement Agreement.

(2)     Consistent with such Settlement Agreement and this Order, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law.

Dated: _____July 8_____, 2008           _____
                                        UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

| | |
|---|---|
| RALPH A. GRANT, et al. | ) |
| | ) |
| | ) CIVIL ACTION NO: 8:07-cv-1015 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| COUNTY OF PASCO, FLORIDA | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SETTLEMENT AGREEMENT

WHEREAS, the Plaintiffs brought this action against the defendant Pasco County, Florida claiming violations of the Fair Labor Standards Act, 29 U.S.C. §201, et seq. (FLSA); and

WHEREAS, the Plaintiffs and the defendant Pasco County have considered that their interests are best served by the settlement of this action, and have concluded that the terms of this Settlement Agreement are fair, reasonable and adequate;

COME NOW, the Plaintiffs, by their attorneys David Ricksecker and Paul Donnelly, and Defendant Pasco County, by and through its Board of County Commissioners, hereby agree to settle the above captioned case as follows:

1. All Plaintiffs agree, based upon the promises and considerations presented by Pasco County below, to Dismiss this Case With Prejudice.

2. Defendant Pasco County agrees to the following promises and actions:

A. On or before July 1, 2008, Pasco County agrees to pay back pay to the plaintiffs with respect to Education Incentive Pay and Medical Leave Buyback and the Section 207(k) ration in the total amount of $9,268.17. The recovery period is two years back from the date this lawsuit was filed until the pay practices are corrected, i.e., from June 14, 2005 to October 1, 2007. The back pay equals the difference between what the plaintiff employee was paid and what he or she would be paid under the FLSA.

B. On or before July 1, 2008, Pasco County agrees to pay liquidated damages to the plaintiffs in the total amount of $4,634.09.

C. Pasco County shall pay attorneys' fees and costs to Plaintiffs' attorneys in the amount of $23,251.68.

D. On or before July 1, 2008, the back pay damages, referenced in paragraph A., liquidated damages, referenced in paragraph B, and the attorney's fees, referenced in paragraph C., will be transmitted by single check to Woodley & McGillivary at 1125 15th Street, N.W., Suite 400, Washington, D.C. 20005. Woodley & McGillivary will be responsible for distributing to each Plaintiff his/her respective share of the back pay and liquidated damages in accordance with the Consent/Retainer Agreement previously executed by each of the Plaintiffs. In addition, Woodley & McGillivary will be responsible for distributing Miscellaneous Income Form 1099s to the Plaintiffs reflecting the amount of the lump sum payment, liquidated damages or interest paid to each Plaintiff.

E.  In the event that the County fails to transmit the total amount owed for the Plaintiffs' back pay, lump sum, liquidated damages and attorneys' fees and costs on or before July 1, 2008, interest shall begin to accrue on the amount owed beginning on July 2, 2008. Interest will accrue in accordance with the formula prescribed under the Prompt Pay Act, 31 U.S.C. §3902. The interest shall be computed and shall continue to accrue until the County transmits the total amount to Woodley & McGillivary in accordance with paragraph 2D of this Agreement.

3.  It is specifically understood that the acceptance of the aforesaid back pay, lump sum amount, liquidated damages and the execution and delivery of this document are not to be considered as an admission of liability on the part of Pasco County but is in full settlement and compromise of disputed claims. Furthermore, it is agreed between the parties that contrary to certain allegations, County did include special team pay in the Plaintiffs' overtime calculation so that no amounts paid pursuant to this Agreement are intended as compensation for such pay. The Plaintiffs and Pasco County agree that the additional pay for Education Incentive Pay and Medical Leave Buy Backs will be included in overtime calculations performed in the future, and has been included since on or before October 1, 2007.

4.  All Plaintiffs and Pasco County agree and covenant that this Settlement Agreement is a full and final settlement and resolution of any and all FLSA pay, pay or leave policy, or hours of work related issues that do or might exist between the parties as of the date of this Agreement.

5. The County shall not subject the Plaintiffs to any disparate, discriminatory, or retaliatory treatment as a result of Plaintiffs' participation in this action.

6. The parties agree that all actions or proceedings arising in connection with this Agreement shall be tried and litigated exclusively in the Middle District Court in Tampa, Florida. This choice of venue is intended by the parties to be mandatory and not permissive in nature, and to preclude the possibility of litigation between the parties with respect to, or arising out of, this Agreement in any jurisdiction other than in Tampa, Florida.

8. This Settlement Agreement will be jointly submitted by the parties to the Court for approval and for the issuance of the accompanying Final Order and Judgment dismissing this action with prejudice; provided however that this Court will retain jurisdiction for the purpose of enforcing compliance with the terms of this Settlement Agreement under federal law.

_Thomas A. Woodley_      5/15/08
Thomas A. Woodley      Date
David W. Ricksecker
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
dr@wmlaborlaw.com

4

Paul A. Donnelly,
FL Bar No. 813613
DONNELLY & GROSS, P.A.
204 West University, Suite 5
Gainesville, Florida 32601
Phone: (352) 374-4001
Fax: (352) 374-4046
pdonnelly@laborattorneys.com
Counsel for Plaintiffs

[SEAL: BOARD OF COUNTY COMMISSIONERS ORGANIZED JUNE 2nd 1887 PASCO COUNTY FLORIDA]

BY: _____
JED PITTMAN, CLERK

BOARD OF COUNTY
COMMISSIONERS OF PASCO
COUNTY, FLORIDA

_____
THEODORE SCHRADER,
CHAIRMAN

**APPROVED**

JUN 1 0 2008
Date

RALPH A. GRANT, et al v. COUNTY OF PASCO, FL

| # | First Name | Last Name | Suffix | BACKPAY | 50% LIQUIDATED DAMAGES | TOTAL BACKPAY PLUS LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|
| 1 | Richard | Akin | | $ 48.51 | $ 24.26 | $ 72.77 |
| 2 | David | Allen | | $ 111.30 | $ 55.65 | $ 166.95 |
| 3 | William | Arnold | | $ 58.54 | $ 29.27 | $ 87.81 |
| 4 | Marcia-Jean | Auger | | $ 24.02 | $ 12.01 | $ 36.03 |
| 5 | Rafael | Barrios | Jr. | $ 40.18 | $ 20.09 | $ 60.27 |
| 6 | Jeffrey | Barthle | | $ 145.92 | $ 72.96 | $ 218.88 |
| 7 | Lance | Bartlett | | $ 25.87 | $ 12.94 | $ 38.81 |
| 8 | Paul | Bauer | | $ 122.64 | $ 61.32 | $ 183.96 |
| 9 | Frank | Bavetz | | $ 64.14 | $ 32.07 | $ 96.21 |
| 10 | David | Bear | | $ 58.23 | $ 29.12 | $ 87.35 |
| 11 | Jean-Paul | Blanco | | $ 8.75 | $ 4.38 | $ 13.13 |
| 12 | Robert | Borgman | | $ 10.26 | $ 5.13 | $ 15.39 |
| 13 | Eric | Bowman | | $ 52.13 | $ 26.07 | $ 78.20 |
| 14 | James | Boyette | | $ 189.64 | $ 94.82 | $ 284.46 |
| 15 | Michael | Brake | | $ 41.56 | $ 20.78 | $ 62.34 |
| 16 | Herman | Buchanan | Jr. | $ 36.23 | $ 18.12 | $ 54.35 |
| 17 | Mark | Budz | | $ 19.61 | $ 9.81 | $ 29.42 |
| 18 | Gerald | Buie | II | $ 19.62 | $ 9.81 | $ 29.43 |
| 19 | Mauanilla | Campos | | $ 54.93 | $ 27.47 | $ 82.40 |
| 20 | Rick | Caravona | | $ 176.67 | $ 88.34 | $ 265.01 |
| 21 | Richard | Carlyon | | $ 106.22 | $ 53.11 | $ 159.33 |
| 22 | Thomas | Carpinone | | $ 230.72 | $ 115.36 | $ 346.08 |
| 23 | Steven | Cicione | Jr. | $ 47.24 | $ 23.62 | $ 70.86 |
| 24 | Cory | Collins | | $ 228.38 | $ 114.19 | $ 342.57 |
| 25 | Justin | Crook | | $ 8.83 | $ 4.42 | $ 13.25 |
| 26 | Timothy | Cunningham | | $ 25.38 | $ 12.69 | $ 38.07 |
| 27 | Michael | Curley | | $ 17.09 | $ 8.55 | $ 25.64 |
| 28 | William | Day | | $ 46.12 | $ 23.06 | $ 69.18 |
| 29 | Larry | Decena | | $ 22.24 | $ 11.12 | $ 33.36 |
| 30 | David | Dechent | | $ 71.14 | $ 35.57 | $ 106.71 |
| 31 | Dennis | Desalvo | | $ 55.16 | $ 27.58 | $ 82.74 |
| 32 | Daniel | Digeon | | $ 53.83 | $ 26.92 | $ 80.75 |
| 33 | Chad | Douberley | | $ 20.72 | $ 10.36 | $ 31.08 |
| 34 | Frank | Downey | | $ 20.53 | $ 10.27 | $ 30.80 |
| 35 | Mark | Ebel | | $ 110.98 | $ 55.49 | $ 166.47 |
| 36 | Jeffrey | Ellis | | $ 48.55 | $ 24.28 | $ 72.83 |
| 37 | Edward | Farides | | $ 4.08 | $ 2.04 | $ 6.12 |
| 38 | Timothy | Finlan | | $ 10.69 | $ 5.35 | $ 16.04 |
| 39 | Michael | Flynn | | $ 20.84 | $ 10.42 | $ 31.26 |
| 40 | John | Fodor | | $ 52.62 | $ 26.31 | $ 78.93 |
| 41 | Jeffrey | Forbes | | $ 54.77 | $ 27.39 | $ 82.16 |
| 42 | Jeff | Ford | | $ 58.94 | $ 29.47 | $ 88.41 |
| 43 | Neil | French | | $ 139.54 | $ 69.77 | $ 209.31 |
| 44 | Manuel | Fuente | | $ 50.63 | $ 25.32 | $ 75.95 |
| 45 | Robert | Fuerst | | $ 112.82 | $ 56.41 | $ 169.23 |
| 46 | Eric | Funta | | $ 5.77 | $ 2.89 | $ 8.66 |

RALPH A. GRANT, et al v. COUNTY OF PASCO, FL

| # | First Name | Last Name | Suffix | BACKPAY | 50% LIQUIDATED DAMAGES | TOTAL BACKPAY PLUS LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|
| 47 | Paul | Galloway | | $ 56.87 | $ 28.44 | $ 85.31 |
| 48 | Carlos | Garcia | | $ 311.23 | $ 155.62 | $ 466.85 |
| 49 | David | Garofalo | | $ 16.41 | $ 8.21 | $ 24.62 |
| 50 | Casey | Gaul | | $ 27.45 | $ 13.73 | $ 41.18 |
| 51 | Roger | Gilkey | | $ 30.38 | $ 15.19 | $ 45.57 |
| 52 | Anthony | Giordano | | $ 8.56 | $ 4.28 | $ 12.84 |
| 53 | Ralph | Grant | | $ 151.37 | $ 75.69 | $ 227.06 |
| 54 | Timothy | Haley | | $ 118.61 | $ 59.31 | $ 177.92 |
| 55 | Stephen | Hall | | $ 87.76 | $ 43.88 | $ 131.64 |
| 56 | Craig | Harris | | $ 76.97 | $ 38.49 | $ 115.46 |
| 57 | Jeff | Higdon | | $ 57.49 | $ 28.75 | $ 86.24 |
| 58 | Kris | Johns | | $ 120.98 | $ 60.49 | $ 181.47 |
| 59 | Travis | Johnson | | $ 14.81 | $ 7.41 | $ 22.22 |
| 60 | Christopher | Julian | | $ 141.11 | $ 70.56 | $ 211.67 |
| 61 | Matthew | Kemper | | $ 15.30 | $ 7.65 | $ 22.95 |
| 62 | Chris | Kempton | | $ 16.40 | $ 8.20 | $ 24.60 |
| 63 | Jamin | Keppel | | $ 63.77 | $ 31.89 | $ 95.66 |
| 64 | Brian | King | | $ 163.81 | $ 81.91 | $ 245.72 |
| 65 | Thomas | Knaus | | $ 33.16 | $ 16.58 | $ 49.74 |
| 66 | Mark | Lamanna | | $ 18.83 | $ 9.42 | $ 28.25 |
| 67 | Christopher | Linchy | | $ 10.07 | $ 5.04 | $ 15.11 |
| 68 | Eric | Longo | | $ 39.01 | $ 19.51 | $ 58.52 |
| 69 | Mark | Lynch | | $ 67.78 | $ 33.89 | $ 101.67 |
| 70 | Richard | Mancuso | | $ 17.11 | $ 8.56 | $ 25.67 |
| 71 | Jeffrey | Marando | | $ 0.91 | $ 0.46 | $ 1.37 |
| 72 | Keith | March | | $ 69.77 | $ 34.89 | $ 104.66 |
| 73 | Frank | Masotto | Jr. | $ 76.22 | $ 38.11 | $ 114.33 |
| 74 | Terry | Matches | | $ 29.33 | $ 14.67 | $ 44.00 |
| 75 | Daniel | McCafferey | | $ 14.97 | $ 7.49 | $ 22.46 |
| 76 | Joshua | Miles | | $ 39.77 | $ 19.89 | $ 59.66 |
| 77 | David | Miller | | $ 10.74 | $ 5.37 | $ 16.11 |
| 78 | Daren | Millim | | $ 153.37 | $ 76.69 | $ 230.06 |
| 79 | John | Nazitto | | $ 91.32 | $ 45.66 | $ 136.98 |
| 80 | Aric | Nelson | | $ 52.37 | $ 26.19 | $ 78.56 |
| 81 | Benjamin | Oliver | | $ 43.42 | $ 21.71 | $ 65.13 |
| 82 | Timothy | Olsen | | $ 29.67 | $ 14.84 | $ 44.51 |
| 83 | James | Parker | | $ 52.69 | $ 26.35 | $ 79.04 |
| 84 | Darren | Pasquino | | $ 49.59 | $ 24.80 | $ 74.39 |
| 85 | Will | Phillips | | $ 45.13 | $ 22.57 | $ 67.70 |
| 86 | Todd | Pierce | | $ 654.57 | $ 327.29 | $ 981.86 |
| 87 | Angela | Pratt | | $ 25.31 | $ 12.66 | $ 37.97 |
| 88 | Raymond | Quimby | | $ 45.93 | $ 22.97 | $ 68.90 |
| 89 | David | Ray | | $ 43.61 | $ 21.81 | $ 65.42 |
| 90 | David | Rennard | | $ 59.46 | $ 29.73 | $ 89.19 |
| 91 | William | Rickert | | $ 13.50 | $ 6.75 | $ 20.25 |
| 92 | Philip | Roman | | $ 8.23 | $ 4.12 | $ 12.35 |

RALPH A. GRANT, et al v. COUNTY OF PASCO, FL

| # | First Name | Last Name | Suffix | BACKPAY | 50% LIQUIDATED DAMAGES | TOTAL BACKPAY PLUS LIQUIDATED DAMAGES |
|---|---|---|---|---|---|---|
| 93 | Ralph | Roque | Jr. | $ 14.35 | $ 7.18 | $ 21.53 |
| 94 | Alexander | Roussell | | $ 28.50 | $ 14.25 | $ 42.75 |
| 95 | Rhiannon | Rutzen | | $ 359.64 | $ 179.82 | $ 539.46 |
| 96 | Joshua | Ryzek | | $ 248.68 | $ 124.34 | $ 373.02 |
| 97 | William | Schmidt | | $ 264.74 | $ 132.37 | $ 397.11 |
| 98 | James | Schulz | | $ 90.35 | $ 45.18 | $ 135.53 |
| 99 | Dawn | Simpson | | $ 49.16 | $ 24.58 | $ 73.74 |
| 100 | Richard | Someillan | | $ 12.20 | $ 6.10 | $ 18.30 |
| 101 | Jonathan | Spradlin | | $ 32.41 | $ 16.21 | $ 48.62 |
| 102 | Mark | Spudie | | $ 203.99 | $ 102.00 | $ 305.99 |
| 103 | David | Stevens | | $ 67.09 | $ 33.55 | $ 100.64 |
| 104 | Michael | Stuiso | | $ 41.47 | $ 20.74 | $ 62.21 |
| 105 | Michael Edward | Suarez | Jr. | $ 21.80 | $ 10.90 | $ 32.70 |
| 106 | Sharon | Surdovel | | $ 582.71 | $ 291.36 | $ 874.07 |
| 107 | Adam | Szlembarski | | $ 15.74 | $ 7.87 | $ 23.61 |
| 108 | Pamela | Taylor | | $ 94.76 | $ 47.38 | $ 142.14 |
| 109 | Thomas | Taylor | | $ 27.83 | $ 13.92 | $ 41.75 |
| 110 | Paul | Totten | | $ 76.55 | $ 38.28 | $ 114.83 |
| 111 | Jason | Tucker | | $ 10.32 | $ 5.16 | $ 15.48 |
| 112 | Michael | Twardosz | | $ 58.01 | $ 29.01 | $ 87.02 |
| 113 | Kenneth | Urbuteit | | $ 91.79 | $ 45.90 | $ 137.69 |
| 114 | Jess | Walker | | $ 32.99 | $ 16.50 | $ 49.49 |
| 115 | Mark | Wentland | | $ 20.67 | $ 10.34 | $ 31.01 |
| 116 | Bradley | West | | $ 307.45 | $ 153.73 | $ 461.18 |
| 117 | Kerry | Wilke | | $ 155.76 | $ 77.88 | $ 233.64 |
| 118 | Keith | Wisnowski | | $ 134.31 | $ 67.16 | $ 201.47 |
| 119 | Timothy | Zukosky | | $ 17.20 | $ 8.60 | $ 25.80 |
| | | | | $ 9,268.17 | $ 4,634.09 | $ 13,902.26 |